**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**

Case# 2023-04919-0 Docketed at Montgomery County Prothonotary on 03/23/2023 3:06 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

CRAIG ANGELOS

vs.

TEMPLE UNIVERSITY

NO. 2023-04919

## PRAECIPE FOR SUMMONS

To the Prothonotary:

Issue Summons in Civil Action in the above case.

ORIGINAL SIGNATURE RETAINED BY THE FILING PARTY
Signature

LANE J SCHIFF, ESQ.
Filing Party

314179
ID Number

Date 03/23/2023

CONSOLE MATTIACCI LAW LLC
Firm Name

1525 LOCUST STREET, 9TH FLOOR
Address

PHILADELPHIA, PA 19102

215-545-7676
Phone

* * * * * * * * *

TO: Defendant(s)

You are notified that the Plaintiff(s) has / have commenced an action against you.

Prothonotary, Montgomery County

Date: 03/23/2023

By: Trowbridge George
Clerk / Deputy

Addresses must be included for all parties.

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

CRAIG ANGELOS

vs.

TEMPLE UNIVERSITY

NO. 2023-04919

# CIVIL COVER SHEET

State Rule 205.5 requires this form be attached to any document commencing an action in the Montgomery County Court of Common Pleas. The information provided herein is used solely as an aid in tracking cases in the court system. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Name of Plaintiff/Appellant's Attorney: LANE J SCHIFF, Esq., ID: 314179

Self-Represented (Pro Se) Litigant [ ]

**Class Action Suit** [ ] Yes [X] No

**MDJ Appeal** [ ] Yes [X] No

**Money Damages Requested** [X]

**Commencement of Action**:

Writ of Summons

**Amount in Controversy**:

More than $50,000

## Case Type and Code

Contract:

Employment Dispute: Discrimination

**Other:**

Case# 2023-04919-0 Docketed at Montgomery County Prothonotary on 03/23/2023 3:06 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

Craig Angelos :
703 Talamore Drive
Ambler, PA 19002 :

Temple University
1816 N. 15th Street
Philadelphia, PA 19122

VS. : NO.

: JURY TRIAL DEMANDED

:

## PRAECIPE FOR SUMMONS

To the Prothonotary:

Issue Summons in Civil Action in the above case.

Writ of Summons shall be forwarded to ☒ Attorney / ☐ Sheriff

Date: 3/23/23

/s/Lane J. Schiff/314179
Signature/ID Number

Lane J. Schiff, Esquire
Print Name

Console Mattiacci Law, LLC
1525 Locust Street, 9th Floor
Address

Philadelphia, PA 19102
(215) 545-7676

WRIT

TO: Temple University

You are notified that the Plaintiff(s) has / have commenced an action against you.

Kindly issue a Writ of Summons - Civil Action to Defendant, Temple University, in the above captioned matter, brought by Plaintiff, Craig Angelos, pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.*; 42 U.S.C. §1981; and the Equal Protection Clause of the Constitution pursuant 42 U.S.C. §1983 for discrimination, including, without limitation, failure to promote, termination, and failure to hire.

SEAL Noah Marlier, Prothonotary

Date: By: ______________________
Agent / Deputy

Addresses must be included for all parties.

(6/02)

Case# 2023-04919-0 Docketed at Montgomery County Prothonotary on 03/23/2023 3:06 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.