Case# 2023-04919-6 Docketed at Montgomery County Prothonotary on 03/30/2023 6:00 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**

**CIVIL DIVISION**

| | |
|---|---|
| CRAIG ANGELOS<br><br>vs.<br><br>TEMPLE UNIVERSITY | NO. 2023-04919 |

## PRAECIPE AND RULE TO FILE A COMPLAINT

**TO THE PROTHONOTARY/CLERK OF SAID COURT;**

Issue rule upon CRAIG ANGELOS to file a complaint in the above case within twenty (20) days after service of the rule or upon praecipe, suffer a judgment of non pros.

ORIGINAL SIGNATURE RETAINED BY THE FILING PARTY
Signature

SCOTT M LEMPERT, ESQ.
Filing Party

Date: 03/30/2023

76765
ID Number

HAMBURG LAW GROUP, PLLC
Firm Name

1 FRANKLIN TOWN BLVD STE 1106
Address

PHILADELPHIA, PA 19103

(215) 948-2434
Phone

NOW, 03/30/2023, A RULE IS ISSUED AS ABOVE.

COURT OF COMMON PLEAS MONTGOMERY CO., PA.

Prothonotary

Seth Rovner
Agent/Deputy

2023-04919-0006 Praec to Enter Rule Upon, Page 2

Case# 2023-04919-6 Docketed at Montgomery County Prothonotary on 03/30/2023 6:00 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

HAMBURG LAW GROUP, PLLC
By: NEIL J. HAMBURG
SCOTT M. LEMPERT
I.D. Nos. 32175, 76765
1 Franklin Town Blvd., Suite 1106
Philadelphia, PA 19103-1443
(215) 858-2225 / (215) 948-2434
(484) 534-8587
hamburgnj@hamburglawgroup.com
lempertsm@hamburglawgroup.com

Attorneys for Defendant
Temple University-Of The
Commonwealth System of Higher
Education

IN THE COURT OF COMMON PLEAS OF
MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CRAIG ANGELOS, Plaintiff, v. TEMPLE UNIVERSITY, Defendant. | DOCKET NO. 2023-04919 |

**PRAECIPE TO FILE COMPLAINT**

Please enter a Rule upon Plaintiff to file a Complaint in the form attached hereto within 20 days hereof or suffer the entry of a Judgment of Non Pros.

/s/ Scott M. Lempert
NEIL J. HAMBURG
SCOTT M. LEMPERT
HAMBURG LAW GROUP, PLLC
1 Franklin Town Blvd., Suite 1106
Philadelphia, PA 19103
(215) 432-1411

Attorneys for Defendant
Temple University

Date: March 30, 2023

Case# 2023-04919-6 Docketed at Montgomery County Prothonotary on 03/30/2023 6:00 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

HAMBURG LAW GROUP, PLLC
By: NEIL J. HAMBURG
SCOTT M. LEMPERT
I.D. Nos. 32175, 76765
1 Franklin Town Blvd., Suite 1106
Philadelphia, PA 19103-1443
(215) 858-2225 / (215) 948-2434
(484) 534-8587
hamburgnj@hamburglawgroup.com
lempertsm@hamburglawgroup.com

Attorneys for Defendant
Temple University-Of The
Commonwealth System of Higher
Education

IN THE COURT OF COMMON PLEAS OF
MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CRAIG ANGELOS,<br><br>Plaintiff,<br><br>v.<br><br>TEMPLE UNIVERSITY,<br><br>Defendant. | DOCKET NO. 2023-04919 |

**RULE UPON PLAINTIFF TO FILE COMPLAINT**

AND NOW, this ______ day of ________, 2023, a rule is hereby granted upon Plaintiff Craig Angelos to file a complaint in this civil action within twenty (20) days after service of this rule. If a complaint is not filed within twenty (20) days after service of this Rule, the Prothonotary, upon praecipe of the Defendant, shall enter a judgment of non pros.

______________________________
Office of Judicial Records