Case# 2023-04919-8 Docketed at Montgomery County Prothonotary on 04/04/2023 10:44 AM, Fee = $7.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

HAMBURG LAW GROUP, PLLC
By: NEIL J. HAMBURG
SCOTT M. LEMPERT
I.D. Nos. 32175, 76765
1 Franklin Town Blvd., Suite 1106
Philadelphia, PA 19103-1443
(215) 858-2225 / (215) 948-2434
(484) 534-8587
hamburgnj@hamburglawgroup.com
lempertsm@hamburglawgroup.com

Attorneys for Defendant
Temple University-Of The Commonwealth System of Higher Education

IN THE COURT OF COMMON PLEAS OF
MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CRAIG ANGELOS,<br>Plaintiff,<br>v.<br>TEMPLE UNIVERSITY,<br>Defendant. | DOCKET NO. 2023-04919 |

TO THE OFFICE OF JUDICIAL RECORDS:

Pursuant to 28 U.S.C. § 1331, Defendant filed a Notice of Removal to Federal Court on April 3, 2023.

Date: April 4, 2023

/s/ Scott M. Lempert
NEIL J. HAMBURG
SCOTT M. LEMPERT
HAMBURG LAW GROUP, PLLC
1 Franklin Town Blvd., Suite 1106
Philadelphia, PA 19103
(215) 948-2434

Attorneys for Defendant
Temple University

Case# 2023-04919-8 Docketed at Montgomery County Prothonotary on 04/04/2023 10:44 AM, Fee = $7.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

HAMBURG LAW GROUP, PLLC
By: NEIL J. HAMBURG
SCOTT M. LEMPERT
I.D. Nos. 32175, 76765
1 Franklin Town Blvd., Suite 1106
Philadelphia, PA 19103-1443
(215) 858-2225 / (215) 948-2434
(484) 534-8587
hamburgnj@hamburglawgroup.com
lempertsm@hamburglawgroup.com

Attorneys for Defendant
Temple University-Of The
Commonwealth System of Higher
Education

IN THE COURT OF COMMON PLEAS OF
MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CRAIG ANGELOS,<br>Plaintiff,<br>v.<br>TEMPLE UNIVERSITY,<br>Defendant. | DOCKET NO. 2023-04919 |

**NOTICE OF REMOVAL OF ACTION**

Defendant Temple University, whose proper corporate name is Temple University-Of The Commonwealth System of Higher Education ("Temple"), by and through its undersigned attorneys hereby gives notice to the Court of Common Pleas, Montgomery County, Civil Division (the "Common Pleas Court") and counsel for all parties as follows:

1. Temple University has filed with the United States District Court for the Eastern District of Pennsylvania a Notice of Removal of Action. A Copy of the Notice of Removal of Action is attached as Exhibit 1.

2. Pursuant to the provisions of 28 U.S.C. § 1446(d), the filing of the Notice of Removal of Action by Temple University effects the removal of this action from the Common

Case# 2023-04919-8 Docketed at Montgomery County Prothonotary on 04/04/2023 10:44 AM, Fee = $7.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Pleas Court's jurisdiction and the Common Pleas Court "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Date: April 4, 2023

Respectfully submitted,

/s/ Scott M. Lempert

NEIL J. HAMBURG
SCOTT M. LEMPERT
HAMBURG LAW GROUP, PLLC
1 Franklin Town Blvd., Suite 1106
Philadelphia, PA 19103
(215) 432-1411

Attorneys for Defendant
Temple University

Case# 2023-04919-8 Docketed at Montgomery County Prothonotary on 04/04/2023 10:44 AM, Fee = $7.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# EXHIBIT 1

Case# 2023-04919-8 Docketed at Montgomery County Prothonotary on 04/04/2023 10:44 AM, Fee = $7.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Craig Angelos

**(b)** County of Residence of First Listed Plaintiff: Montgomery County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Lane J. Schiff, Esquire
Console Mattiacci Law, LLC
1525 Locust Street, 9th Floor, Philadelphia, PA 19102
(215) 545-7676

## DEFENDANTS

Temple University

County of Residence of First Listed Defendant: Philadelphia County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Neil J. Hamburg, Esquire/Scott M. Lempert, Esquire
Hamburg Law Group, PLLC
1 Franklin Town Blvd., Suite 1106, Philadelphia, PA 19103
(215) 858-2225/ (215) 948-2434

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [X] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE: April 3, 2023

SIGNATURE OF ATTORNEY OF RECORD: /s/ Scott M. Lempert, Esquire

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**

*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 703 Talamore Drive, Amble, PA 19002

Address of Defendant: 1816 N. 15th Street, Philadelphia, PA 19122

Place of Accident, Incident or Transaction: Temple University

***RELATED CASE, IF ANY:***

Case Number: ______ Judge: ______ Date Terminated: ______

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? Yes ☐ No ☑
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? Yes ☐ No ☑
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court? Yes ☐ No ☑
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? Yes ☐ No ☑

I certify that, to my knowledge, the within case ☐ **is** / ☑ **is not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: April 3, 2023 ______ Must sign here ______ 76765

*Attorney-at-Law / Pro Se Plaintiff* — *Attorney I.D. # (if applicable)*

**CIVIL: (Place a √ in one category only)**

***A. Federal Question Cases:***

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☑ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases *(Please specify)*: ______

***B. Diversity Jurisdiction Cases:***

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify)*: ______
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases *(Please specify)*: ______

**ARBITRATION CERTIFICATION**

*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, ______, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: ______ Sign here if applicable ______ ______

*Attorney-at-Law / Pro Se Plaintiff* — *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

Case# 2023-04919-8 Docketed at Montgomery County Prothonotary on 04/04/2023 10:44 AM, Fee = $7.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2023-04919-8 Docketed at Montgomery County Prothonotary on 04/04/2023 10:44 AM, Fee = $7.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CRAIG ANGELOS,<br>Plaintiff,<br>v.<br>TEMPLE UNIVERSITY,<br>Defendant. | : | CIVIL ACTION NO. |

**NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT**

Defendant Temple University, whose proper corporate name is Temple University-Of The Commonwealth System of Higher Education ("Temple"), by and through its undersigned attorneys hereby removes this case pursuant to 28 U.S.C. § 1331, to this Court from the Montgomery County Court of Common Pleas. In support, Temple represents the following:

1. On or about March 23, 2023, Plaintiff commenced a civil action by filing a Praecipe For Summons in the Court of Common Pleas of Montgomery County, Pennsylvania.

2. Plaintiff has not filed and has not served Temple with a complaint, but Temple accepted service of the Writ of Summons against it on March 28, 2023. *See* Exhibit A.

3. The Writ of Summons alleges discrimination by Temple against Plaintiff pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*; 42 U.S.C. § 1981; and the Equal Protection Clause of the U.S. Constitution pursuant to 42 U.S.C. § 1983. *See* Exhibit B.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the action arises under the laws of the United States; that is, Title VII of the Civil Rights Act of 1964 and the Constitution of the United States of America.

Case# 2023-04919-8 Docketed at Montgomery County Prothonotary on 04/04/2023 10:44 AM, Fee = $7.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

5. By reason of the foregoing and pursuant to 28 U.S.C. § 1441(a), Temple desires and is entitled to have this case removed from the Montgomery County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania.

6. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal has been filed within 30 days after Temple accepted service of Plaintiff's Writ of Summons.

7. This Court is the district embracing the place where the State Court Action is pending for purposes of 28 U.S.C. § 1441(a).

8. True and correct copies of this Notice of Removal are being promptly filed with the Montgomery Court of Common Pleas, and served this date upon Plaintiff's counsel of record.

9. In accordance with 28 U.S.C. § 1446(a), Temple University attaches a copy of all process, pleadings, and orders served upon the Defendant in this action as Exhibits A & B.

WHEREFORE, Temple University requests that this case be removed to the United States District Court for the Eastern District of Pennsylvania, that this Court accept jurisdiction of this action and that this action be henceforth placed on the docket of the Court for all further proceedings.

Date: April 3, 2023

/s/ Scott M. Lempert
NEIL J. HAMBURG
SCOTT M. LEMPERT
HAMBURG LAW GROUP, PLLC
1 Franklin Town Blvd., Suite 1106
Philadelphia, PA 19103
(215) 948-2434

Attorneys for Defendant
Temple University

Case# 2023-04919-8 Docketed at Montgomery County Prothonotary on 04/04/2023 10:44 AM, Fee = $7.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**CERTIFICATE OF SERVICE**

I, Scott M. Lempert, certify that the foregoing Notice of Removal of Civil Action from State Court has been filed with the Clerk of Court and will be available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy is being served by email on April 3, 2023, on the following:

Lane Schiff, Esquire
Console Mattiacci Law, LLC
1525 Locust Street, 9th Fl.
Philadelphia, PA 19102
schiff@consolelaw.com

Counsel for Plaintiff

/s/ Scott M. Lempert
SCOTT M. LEMPERT

Case# 2023-04919-8 Docketed at Montgomery County Prothonotary on 04/04/2023 10:44 AM, Fee = $7.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# EXHIBIT A

Case# 2023-04919-8 Docketed at Montgomery County Prothonotary on 03/28/2023 4:14 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Neil J. Hamburg, Esquire
Scott M. Lempert, Esquire
**Hamburg Law Group, PLLC**
1 Franklin Town Blvd., Suite 1106
Philadelphia, PA 19103
P: 215-858-2225
Attorneys for Defendant,
Temple University

| | |
|---|---|
| **CRAIG ANGELOS**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TEMPLE UNIVERSITY**<br>**Defendant.** | **MONTGOMERY COUNTY-**<br>**COURT OF COMMON PLEAS**<br><br>**DOCKET NO. 2023-04919**<br>**MARCH TERM, 2023** |

**ACCEPTANCE OF SERVICE OF WRIT OF SUMMONS**

I hereby accept service of the Writ of Summons filed on behalf of Plaintiff, Craig Angelos, in the above-captioned matter on behalf of Defendant, Temple University, and I certify that I am authorized to do so.

Date: March 28, 2023

By: [signature]
Neil J. Hamburg, Esquire
Scott M. Lempert, Esquire

Attorneys for Defendant,
Temple University

Case# 2023-04919-8 Docketed at Montgomery County Prothonotary on 04/04/2023 10:44 AM, Fee = $7.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# EXHIBIT B

Case# 2023-04919-8 Docketed at Montgomery County Prothonotary on 03/28/2023 3:06 PM, Fee = $390.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

CRAIG ANGELOS

vs.

TEMPLE UNIVERSITY

NO. 2023-04919

## CIVIL COVER SHEET

State Rule 205.5 requires this form be attached to any document commencing an action in the Montgomery County Court of Common Pleas. The information provided herein is used solely as an aid in tracking cases in the court system. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Name of Plaintiff/Appellant's Attorney: LANE J SCHIFF, Esq., ID: 314179

Self-Represented (Pro Se) Litigant [ ]

**Class Action Suit** [ ] Yes [X] No

**MDJ Appeal** [ ] Yes [X] No

**Money Damages Requested** [X]

**Commencement of Action**:

Writ of Summons

**Amount in Controversy**:

More than $50,000

## Case Type and Code

Contract:

Employment Dispute: Discrimination

**Other:**

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

CRAIG ANGELOS

vs.

TEMPLE UNIVERSITY

NO. 2023-04919

## PRAECIPE FOR SUMMONS

To the Prothonotary:

Issue Summons in Civil Action in the above case.

ORIGINAL SIGNATURE RETAINED BY THE FILING PARTY
Signature

LANE J SCHIFF, ESQ.
Filing Party

314179
ID Number

Date 03/23/2023

CONSOLE MATTIACCI LAW LLC
Firm Name

1525 LOCUST STREET, 9TH FLOOR

Address

PHILADELPHIA, PA 19102

215-545-7676
Phone

* * * * * * * * *

TO: Defendant(s)

You are notified that the Plaintiff(s) has / have commenced an action against you.

COURT OF COMMON PLEAS MONTGOMERY COUNTY, PA

Prothonotary, Montgomery County

Date: 03/23/2023

By: Trowbridge George
Clerk / Deputy

Addresses must be included for all parties.

Case# 2023-04919-0 Docketed at Montgomery County Prothonotary on 03/23/2023 3:04 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

Craig Angelos

703 Talamore Drive
Ambler, PA 19002

VS.

Temple University
1816 N. 15th Street
Philadelphia, PA 19122

NO.

JURY TRIAL DEMANDED

## PRAECIPE FOR SUMMONS

To the Prothonotary:

Issue Summons in Civil Action in the above case.

Writ of Summons shall be forwarded to ☒ Attorney / ☐ Sheriff

Date: 3/23/23

/s/Lane J. Schiff/314179
Signature/ID Number

Lane J. Schiff, Esquire
Print Name

Console Mattiacci Law, LLC
1525 Locust Street, 9th Floor
Address

Philadelphia, PA 19102
(215) 545-7676

WRIT

TO: Temple University

You are notified that the Plaintiff(s) has / have commenced an action against you.

Kindly issue a Writ of Summons - Civil Action to Defendant, Temple University, in the above captioned matter, brought by Plaintiff, Craig Angelos, pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.*; 42 U.S.C. §1981; and the Equal Protection Clause of the Constitution pursuant 42 U.S.C. §1983 for discrimination, including, without limitation, failure to promote, termination, and failure to hire.

SEAL

Noah Marlier, Prothonotary

Date:

By: ______________________
Agent / Deputy

Addresses must be included for all parties.

(6/02)

Case# 2023-04919-0 Docketed at Montgomery County Prothonotary on 03/23/2023 3:04 PM, Fee = $312.60. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.