OFFICE OF THE PROTHONOTARY

NOAH MARLIER
PROTHONOTARY

LAUREN TILGER-HALBOM
FIRST DEPUTY

COUNTY OF MONTGOMERY

COURT HOUSE
P.O BOX 311
NORRISTOWN, PENNSYLVANIA
19404-0311

CRAIG ANGELOS

Date: 04/06/2023

Case # 2023-04919

vs.

TEMPLE UNIVERSITY

BY ORDER OF THE COURT, DATED 04/06/2023 THE ABOVE MATTER HAS BEEN TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF PENNSYLVANIA.

I AM ACCORDINGLY SENDING YOU HEREWITH CERTIFIED COPIES OF DOCKET ENTRIES AND ALL RECORDED PAPERS ON THE ENCLOSED CD.

VERY TRULY YOURS

GWEN E CAMPBELL

APPEALS CLERK

ENCLOSURE: CERTIFIED DOCKET ENTRIES AND CD

CERTIFIED MAIL NO. 7018 0680 0001 7162 4829

2023-04919-0010 4/6/2023 3:26 PM # 13899029
Rcpt#Z4472819 Fee:$0.00 Papers forwarded to
Main (Public)
MontCo Prothonotary

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CRAIG ANGELOS** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TEMPLE UNIVERSITY** | : | **NO. 23-1282** |

**ORDER**

**AND NOW,** this 6th day of April 2023, it appearing that the matter labeled ANGELOS v. TEMPLE UNIVERSITY, Number 2023-04919-8 was removed from the Court of Common Pleas of Montgomery County, Pennsylvania to this court, and

It further appearing that all records and proceedings in the above-captioned matter from the Court of Common Pleas of Montgomery County, Pennsylvania must be filed with this court pursuant to 28 U.S.C. §1447, and

It further appearing that the Prothonotary of the Court of Common Pleas of Montgomery County, Pennsylvania, has requested permission to submit the aforesaid records in electronic format, and

It further appearing that this court has determined that submission of the aforesaid records in electronic format should be approved, it is hereby

**ORDERED** that the Prothonotary of the Court of Common Pleas of Montgomery County, Pennsylvania, may submit the aforesaid records to the Clerk of this Court in electronic format, so that they can be filed in the above-captioned matter.

Eduardo C. Robreno
**ROBRENO, J.**

Case #2023-04919

| | |
|---|---|
| Case Number | 2023-04919 |
| Commencement Date | 3/23/2023 |
| Last Filing Date | 4/4/2023 |
| Days Open | 12 |
| Case Type | Summons Civil Action |
| PFA Number | |
| Caption Plaintiff | ANGELOS, CRAIG |
| Caption Defendant | TEMPLE UNIVERSITY |
| Lis Pendens Indicator | No |
| Status | 6 - CLOSED |
| Judge | TOLLIVER |
| Remarks | |
| Sealed | No |
| Interpreter Needed | |

CERTIFIED FROM THE RECORDS OF THE PROTHONOTARY, COURT OF COMMON PLEAS, MONTGOMERY COUNTY, PA
NOAH MARLIER, PROTHONOTARY
DATE: 4/6/2023 CLERK

## Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence | Status |
|---|---|---|---|---|---|---|
| ANGELOS, CRAIG | 703 TALAMORE DRIVE AMBLER, PA 19002 UNITED STATES | UNITED STATES | SCHIFF, LANE J | Yes | 1 | |

## Defendants

| Name | Address | Country | Counsel | Notify | Sequence | Status |
|---|---|---|---|---|---|---|
| TEMPLE UNIVERSITY | 1816 N. 15TH STREET PHILADELPHIA, PA 19122 UNITED STATES | UNITED STATES | HAMBURG, NEIL J LEMPERT, SCOTT M | Yes | 1 | |

## Docket Entries

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 0 | E | 3/23/2023 | Summons Civil Action | | No | 13879470 |
| 1 | E | 3/29/2023 | Acceptance of Service By | NEIL J. HAMBURG, ESQUIRE ON 03/28/2023 | No | 13889288 |
| 2 | E | 3/30/2023 | Entry of Appearance | OF NEIL J. HAMBURG FOR DEFENDANT, TEMPLE UNIVERSITY | No | 13891037 |
| 3 | E | 3/30/2023 | Affidavit/Certificate of Service of | ENTRY OF APPEARANCE OF NEIL J. HAMBURG ON 03/30/2023 TO LANE J. SCHIFF, ESQUIRE | No | 13891039 |
| 4 | E | 3/30/2023 | Entry of Appearance | OF SCOTT M. LEMPERT FOR DEFENDANT, TEMPLE UNIVERSITY | No | 13891041 |
| 5 | E | 3/30/2023 | Affidavit/Certificate of Service of | ENTRY OF APPEARANCE OF SCOTT M. LEMPERT ON 03/30/2023 TO LANE J. SCHIFF, ESQUIRE | No | 13891042 |
| 6 | E | 3/30/2023 | Praec to Enter Rule Upon | CRAIG ANGELOS TO FILE A COMPLAINT | No | 13891065 |
| 7 | E | 3/30/2023 | Affidavit/Certificate of Service of | PRAECIPE TO ENTER A RULE TO FILE COMPLAINT ON 03/30/2023 TO LANE J. SCHIFF, ESQUIRE | No | 13891067 |
| 8 | E | 4/4/2023 | Notice of Removal | WITH SERVICE ON 04/04/2023 | No | 13894977 |
| 9 | E | 4/4/2023 | Affidavit/Certificate of Service of | NOTICE OF REMOVAL ON 04/04/2023 TO LANE J. SCHIFF, ESQUIRE | No | 13894980 |
| 10 | | 4/6/2023 | Papers forwarded to | US EASTERN DISTRICT COURT VIA CERTIFIED MAIL #7018 0680 0001 7162 4829 ON CD AS PER ORDER | No | 13899029 |

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7018 0680 0001 7162 4829

7018 0680 0001 7162 4829

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$ 23.04919

Total Postage and Fees
$

Postmark Here

Craig Angelos VS Temple Univ. 4·6·23

*Sent To* UNITED STATES EASTERN DISTRICT COURT OF PA

*Street and Apt. No., or PO Box No.* 601 MARKET STREET

*City, State, ZIP+4®* PHILADELPHIA, PA 19106-1797

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

23.04919 ~~23.04919~~

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**UNITED STATES EASTERN**
**DISTRICT COURT OF PA**
**601 MARKET STREET**
**PHILADELPHIA, PA 19106-1797**

9590 9402 6623 1028 9987 56

2. Article Number *(Transfer from service label)*

7018 0680 0001 7162 4829

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 4/6/23 Domestic Return Receipt